# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

———————————————

Case No. 5D2026-0863
LT Case No. 2019-CF-000303

———————————————

LEON N. WILEY, JR.,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————

Petition for Belated Appeal.
A Case of Original Jurisdiction.

Leon N. Wiley, Jr., Lowell, pro se.

No Appearance for Appellee.


April 24, 2026


PER CURIAM.

The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and treated as the notice of appeal from the February 27, 2024, order denying his motions for postconviction relief rendered in Case No. 2019-CF-000303, in the Circuit Court in and for Flagler County, Florida. *See* Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

MAKAR, EDWARDS, and HARRIS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____